UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-94-1D

FILED
OCT 21 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___KM___ DEP CLK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| SEAN POPLAWSKI | ) | |

The United States Attorney charges that:

COUNT ONE

(Receipt of Child Pornography)

From on or about December 27, 2013 to on or about March 21, 2014, in the Eastern District of North Carolina, SEAN POPLAWSKI, the defendant herein, did knowingly receive visual depictions, that is, digital and computer images and videos in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and were received using means and facilities of interstate commerce, i.e., the Internet. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and were depictions of such conduct. All in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION

If convicted of the foregoing offense, SEAN POPLAWSKI, the defendant herein, shall forfeit to the United States —

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

— all pursuant to Title 18, United States Code, Section 2253(a).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2253(o) or 1467(n), whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above

forfeitable property.

THOMAS G. WALKER
United States Attorney

_____
BY: ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division